# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: etorres | Date Created: 11/10/2014 |
| Case: 1−14−43539−ess | Form ID: 227 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty          Pablo Bustos          pbustos@bustosassociates.com

                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Parkway Acquisitions I, LLC          70−35 113th Street          Forest Hills, NY 11375
smg          United States of America          Secretary of the Treasury          15th Street &Pennsylvania Ave. NW          Washington, DC 20220
smg          NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          NYS Department of Taxation &Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg          NYC Department of Finance          345 Adams Street, 3rd Floor          Attn: Legal Affairs − Devora Cohn          Brooklyn, NY 11201
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
8368561      Auberge Grand Central, LLC          85−93 66th Avenue          Rego Park, New York 11374
8387186      Consolidated Edison Company of New York, Inc.          4 Irving Place, Room 1875−S          New York, New York 10003          Attn: Bankruptcy Group
8381375      Internal Revenue Service          P.O. Box 7346          Philadelphia, Pa 19101−7346
8375663      NYS DEPT OF TAX &FINANCE          BANKRUPTCY SECTION          PO BOX 5300          ALBANY, NY 12205−0300
8375740      New York City Water Board          Department of Environmental Protection          Andrew Rettig, Assistant Council          59−17 Junction Blvd., 13th Floor          Flushing, NY 11373−5108

                                                                                TOTAL: 12